In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-272 CR


____________________



PATRICK EARL BOURGEOIS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95645






MEMORANDUM OPINION


 Patrick Earl Bourgeois was convicted and sentenced on an indictment for burglary of
a building. Bourgeois filed a notice of appeal on May 29, 2007. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
trial court's certification has been provided to the Court of Appeals by the district clerk.

 On May 31, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 



 

 STEVE McKEITHEN

 Chief Justice

 


Opinion Delivered July 11, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.